LAURA E. UDALL, BAR NO. 010501
Laura E. Udall PLLC
P.O. Box 40294
Tucson, AZ 85717
(520) 770-1414
laura@udall.me

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | CR23-02251-TUC-JAS (LCK) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE TRIAL** |
| | ) | **AND PLEA DEADLINE** |
| John Turscak, | ) | |
| Defendant. | ) | (First Unopposed Request) |
| _____ | ) | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),(B)(i) and (iv)

COMES NOW, John Turscak, by and through his attorney, Laura E. Udall, respectfully requests this Court continue all scheduled dates including the plea deadline of January 19, 2024, and trial date of February 13, 2024. All parties have been contacted and have no objection to the sixty-day continuance. Specifically, Assistant United States Attorneys, Sarah Houston and Matthew Cassell have been contacted and have no objection to the requested continuances of sixty days.

The additional time is necessary to allow defense counsel to prepare for trial. This request is made in the interest of justice pursuant 18 U.S.C. § 3161(h)(7)(B)(iv).

1

Based on the forgeoing, it is respectfully requested that a sixty-day continuance of the trial date and motions deadlines be granted.


RESPECTFULLY submitted this 19th day of January, 2024.

By _/s/ Laura E. Udall_
Laura E. Udall

All parties notified by
ECF