LAURA UDALL, BAR NO. 010501
Laura E. Udall PLLC
P.O. Box 40294
Tucson, AZ 85717
(520) 770-1414
laura@udall.me

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CR23-02251-TUC-JAS (LCK) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO AUTHORIZE THE** |
| | ) | **DEFENDANT TO ACCESS A** |
| John Turscak, | ) | **COMPUTER** |
| | ) | |
| Defendant. | ) | (Unopposed) |
| _____ | ) | |

COMES NOW the Defendant, John Turscak, by and through Counsel undersigned, Laura E. Udall, and moves this Court for an order authorizing Counsel to provide an electronic storage drive to Mr. Turscak, along with an order to CoreCivic's Central Arizona Florence Correctional Complex ("CAFCC," where Mr. Turscak is incarcerated) and the USMS allowing Mr. Turscak to use it extensively. Ms. Udall further moves that Mr. Turscak be provided with paper and a writing instrument for notetaking as needed during the review of discovery, as he will not be permitted to print any documents contained on the storage drive.

This is necessary in order for Mr. Turscak to review the discovery in this case. The discovery in this case, as of today, is well over 950,000 kilobytes; this translates, conservatively, into thousands of documents. The Government is producing disclosure on an ongoing basis. Mr. Turscak has repeatedly expressed a desire to review all of it so

1

that he can more effectively assist in his defense. Counsel concurs that this is vital to the Defense.

Mr. Turscak's preference is for paper copies. However, while Counsel cannot provide more than an educated guess regarding the expense, she believes it would be significant, and would cause a serious financial hardship to Counsel unless the Court reimburses her for printing and postage.  Moreover, CAFCC allows inmates only 2 cubic feet of paperwork at a time in their cells (approximately the size of a banker's box); Mr. Turscak would have to exchange old shipments for new ones, and thus would not have access to more than a fraction of it at any given time. Additionally, Counsel would quickly run out of space to store the documentation returned from Mr. Turscak. Thus, were Mr. Turscak to request additional review of a box that had already been returned, Counsel would have to print it again, unless Counsel rented a storage facility for the specific purpose of storing Mr. Turscak's discovery (Counsel presently stores his old files electronically). Finally, this option would not enable Mr. Turscak to review jail calls or other recordings (although Counsel or an investigator could facilitate during face-to-face visits.)

A laptop is available for Mr. Turscak's use at the CAFCC, provided the Court orders that Mr. Turscak be allowed adequate access to it. CAFCC policy limits access to 4-6 hours daily; the attached order specifies up to 6 hours daily, at Mr. Turscak's option. The relevant language from the proposed order has been approved by the appropriate CAFCC personnel.

Counsel for the Government advises that the Government does not oppose this motion.

RESPECTFULLY submitted this <u>14th</u> day of March 2024.

By s/ *Laura E. Udall*
Laura E. Udall


## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, I electronically transmitted the attached document for filing using the CM/ECF system to all ECR registrants in this matter.

LAURA E. UDALL PLLC

s/ *Laura E. Udall*_____
Laura E. Udall
Counsel for Mr. John Turscak