# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-02251-001-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Turscak, | |
| Defendant. | |

IT IS ORDERED the Unopposed Motion to Authorize the Defendant to Access a Computer (Doc. 24), filed by Defendant, is GRANTED.

IT IS FURTHER ORDERED that Mr. Turscak shall be allowed access to a laptop computer (and associated power cord), one or more electronic storage drives (and associated USB cord), and paper and a writing instrument for taking notes, all for the sole purpose of reviewing the discovery in his case, in order to assist in his defense. Defense counsel shall ensure that no additional data files shall be on said storage drive(s). Defense counsel shall also provide CAFCC with a list of the discovery files which are on the storage drive(s).

Appropriate CAFCC personnel are authorized to review the contents of the laptop and drives to ensure compliance. CAFCC shall maintain custody of the laptop, cords, and external drives. CAFCC shall allow Mr. Turscak to access them in a suitable location, which shall allow Mr. Turscak to plug in the laptop during use. Mr. Turscak shall have access to the laptop, storage drives, and notetaking supplies for 6 hours daily, upon his

request and at his option for reduced access. CoreCivic may subject Mr. Turscak to its customary level of observation during his use of the laptop. Nothing herein shall be construed to require overtime by CoreCivic personnel or interference with normal facility operations.

Compensation is authorized for defense counsel's reasonable and customary expenses in complying with this order, upon proper presentation and approval by the Court.

Based on the supporting Motion and there having been no objection by the Government, IT IS ORDERED that defendant Mr. John Turscak is granted permission to access electronic disclosure at CoreCivic, subject to all U.S. Marshal Service and CoreCivic guidelines and regulations.

Dated this 14th day of March, 2024.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge

Cc: USMS, CoreCivic Court Liaison – copies distributed