GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Colorado State Bar. No 38157
SARAH B. HOUSTON
Arizona State Bar No. 026691
Assistant United States Attorneys
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
         Sarah.Houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 23-2251-TUC-JAS-LCK |
| Plaintiff, | Government's Response to Defendant's Pro Se Motion re: Former Counsel |
| vs. | |
| John Turscak, | |
| Defendant. | |

The United States of America, through its undersigned attorney, files this response to the defendant's pro se motion regarding his former attorney (ECF Doc. 37). The government takes no position on this motion.

Respectfully submitted this 28th day of June, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/Matthew C. Cassell
s/Sarah B. Houston

MATTHEW C. CASSELL
SARAH B. HOUSTON
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 28th day of June, 2024, to:

Thomas S. Hartzell, Esq.
Advisory Counsel for the defendant

Copy of the foregoing served via U.S. Mail this 28th day of June, 2024, to:

John Turscak
Reg. No. 14098-074
Central Arizona Florence Correctional Complex
P.O. Box 6300
Florence, AZ 85132