GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant United States Attorney
Colorado State Bar. No 38157
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 23-2251-TUC-JAS-LCK |
|---|---|
| Plaintiff, | Government's Response to Defendant's Second Motion for Status Conference |
| vs. | |
| John Turscak, | |
| Defendant. | |

The United States of America, through its undersigned attorney, files this response regarding the defendant's second motion requesting a status conference (ECF Doc. 69). The government takes no position on this motion but does wish to bring one piece of information to the Court's attention.

In his motion, the defendant states he "has been moved to a different building and his access to internet-based legal research has been terminated, along with the loss of other privileges." On January 15, 2025, undesigned counsel for the government received an email from a local defense attorney on behalf of a client. In the email the attorney stated that the defendant was "interfering" with the client's case and requested that the defendant be moved to a different area at the facility. Undersigned counsel for the government forwarded the attorney's email to the United States Marshals Service for their attention and action.

Beyond providing this information to the Court's attention, the government takes no position on the defendant's motion for status conference.

Respectfully submitted this 6th day of February, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 6th day of February, 2025, to:

Thomas S. Hartzell, Esq.
Advisory Counsel for the defendant

Rachel Love, Esq.
Dana M. Keene, Esq.
Shannon L. Knorr, Esq.
Attorneys for CoreCivic

Copy of the foregoing served via U.S. Mail
this 6th day of February, 2025, to:

John Turscak
Reg. No. 14098-074
Central Arizona Florence Correctional Complex
P.O. Box 6300
Florence, AZ 85132