T.S. HARTZELL
325 West Franklin Street, # 103
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshartzell@tshartzell.com

Advisory Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>John Turscak,<br><br>　　　　　Defendant. | 4:23-cr-02251-JCH-BGM<br><br>SEVENTH MOTION TO CONTINUE<br>TRIAL AND PLEA DEADLINE |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(D), may occur as a result of this Motion or from an Order based thereon. Advisory counsel, undersigned, at the request of and after consultation with pro se defendant John Turscak, hereby moves the Court to continue the trial and plea deadline, April 22, 2025, and April 4, 2025, respectively, in the above captioned and numbered case.

Mr. Turscak is drafting several pretrial motions while continuing to explore other options to resolve his case. A continuance of 90 days is sought by Mr. Turscak.

Plaintiff United States, through AUSA Matthew Cassell, has no objection to the requested continuance.

Dated April 4, 2025.

　　　　　　　　　　　　　　　　　　　　　　/s T.S. Hartzell
　　　　　　　　　　　　　　　　　　　　　　T.S. Hartzell,
　　　　　　　　　　　　　　　　　　　　Advisory counsel for Turscak