TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Rui.wang@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>John Turscak,<br><br>　　　　　Defendant. | CR23-02251-JAS-LCK<br><br>NOTICE OF TERMINATION<br>OF GOVERNMENT COUNSEL |

　　　The United States of America, by and through its undersigned attorneys, gives notice that RUI WANG is terminated as counsel of record for the government in the above-captioned matter.

　　　Respectfully submitted this 2nd day of December 2025.

　　　　　　　　　　　　　　　　　　　TIMOTHY COURCHAINE
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　*s/ Rui Wang*

　　　　　　　　　　　　　　　　　　　RUI WANG
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 2nd day of December, 2025, to:

All ECF Participants.