**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

John Turscak,

Defendant.

No. CR-23-02251-001-TUC-JAS (MSA)

**ORDER**

Pending before the Court is Defendant Turscak's "Motion to Compel Discovery Believed To Be In Government's Possession." (Doc. 149 at 4.) The government responded to the Motion, asserting that it has "disclosed the records that were provided by the Bureau of Prisons (BOP) to the government in response to defendant's motion for a psychological evaluation re: competency," requested from BOP a copy of Defendant's medical records which it will provide "to the defendant in hard copy and an electronic copy to his standby counsel" upon receipt, and that it is "unable to seek, demand, and receive the defendant's medical records from California's Department of Corrections (DOC)," as it is not under federal jurisdiction.[1] (Doc. 151.)

///

///

///

[1]The Court does not need a reply to resolve the Motion.

It appearing that the government has, or will in due course, provide the records within its control requested by Defendant's Motion,

**IT IS ORDERED** that Defendant's Motion (Doc. 149) is denied as moot.

Dated this 28th day of September, 2026.

Honorable James A. Soto
United States District Judge